Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TESLA SOLAR, LLC and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 3:20-cv-00468-SK |

## NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, Sidney Naiman, by and through his attorneys, and respectfully requests this Honorable Court enter an order dismissing this action without prejudice as to both Plaintiff's individual claims and the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not yet filed an answer.

NOTICE OF DISMISSAL WITHOUT PREJUDICE

- 1 -

Dated: June 3, 2020

                                                Respectfully submitted,

                **THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                              By: <u>/s/ Todd M. Friedman</u>
                                    TODD M. FRIEDMAN, ESQ.
                                       ATTORNEY FOR PLAINTIFF

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On June 3, 2020, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on June 3, 2020, at Woodland Hills, CA

[X ] I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
       TODD M. FRIEDMAN, ESQ.
       ATTORNEY FOR PLAINTIFF